**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| T MANNING CONCRETE INC | § | Case No. 11-83808 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/06/2015 in Courtroom 3100,

U.S. Courthouse
327 South Church Street
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: ________________ By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| T MANNING CONCRETE INC | § | Case No. 11-83808 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,025,225.01 |
| and approved disbursements of | $ | 1,463,189.48 |
| leaving a balance on hand of[1] | $ | 562,035.53 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010 | The National Bank | $ 735,445.93 | $ 634,210.78 | $ 634,210.78 | $ 0.00 |
| 000013 | McCann Industries, Inc. | $ 56,643.87 | $ 20,711.45 | $ 20,711.45 | $ 0.00 |
| 000016 | B&D Ironworks Inc. | $ 48,834.94 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000019A | Ozinga Ready Mix Concrete, Inc. | $ 132,419.19 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 562,035.53 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 84,006.75 | $ 0.00 | $ 84,006.75 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 144,333.50 | $ 138,135.50 | $ 6,198.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 5,756.82 | $ 5,273.13 | $ 483.69 |
| Accountant for Trustee Fees: WIPFLI, LLP | $ 9,934.25 | $ 9,934.25 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 449.55 | $ 449.55 | $ 0.00 |
| Other: Receivables Control Corporation | $ 196,258.74 | $ 196,258.74 | $ 0.00 |
| Other: Churchill Quinn Richtman & Hamilton | $ 28,240.00 | $ 28,240.00 | $ 0.00 |
| Other: Churchill Quinn Richtman & Hamilton | $ 3,834.43 | $ 3,159.37 | $ 675.06 |

Total to be paid for chapter 7 administrative expenses $ 91,363.50

Remaining Balance $ 470,672.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 384,724.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Carpenters Pension & Retirement Funds of IL | $ 5,177.03 | $ 5,177.03 | $ 0.00 |
| 000012A | Fox Valley & Vicinity Construction Workers Welfare | $ 0.00 | $ 0.00 | $ 0.00 |
| 000021A | Fox Valley Laborers' Health & Welfare Fund & Pensi | $ 184,330.58 | $ 184,330.58 | $ 0.00 |
| 000022A | Fox Valley Laborers' Pension Fund | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027A | Construction and General Laborers' | $ 3,755.64 | $ 3,755.64 | $ 0.00 |
| 000030 | Thomas Manning as assignee of Alex Fiebig | $ 0.00 | $ 0.00 | $ 0.00 |
| 000031 | Thomas Manning as assignee of Antonio Villasana, J | $ 0.00 | $ 0.00 | $ 0.00 |
| 000032 | Thomas Manning as assignee of Benjamin Navarrete | $ 0.00 | $ 0.00 | $ 0.00 |
| 000033 | Thomas Manning as assignee of Brad Gasmund | $ 0.00 | $ 0.00 | $ 0.00 |
| 000034 | Thomas Manning as assignee of Brian S. Thatcher | $ 0.00 | $ 0.00 | $ 0.00 |
| 000035 | Thomas Manning as assignee of Charles J. Picardi I | $ 0.00 | $ 0.00 | $ 0.00 |
| 000036 | Thomas Manning as assignee of Christopher M. Habel | $ 0.00 | $ 0.00 | $ 0.00 |
| 000037 | Thomas Manning as assignee of Adrian Pinedo | $ 0.00 | $ 0.00 | $ 0.00 |
| 000038 | Thomas Manning as assignee of Matthew J. Abramavic | $ 0.00 | $ 0.00 | $ 0.00 |
| 000039 | Thomas Manning as assignee of Conor O'Leary | $ 0.00 | $ 0.00 | $ 0.00 |
| 000040 | Thomas Manning as assignee of Dale Erath | $ 0.00 | $ 0.00 | $ 0.00 |
| 000041 | Thomas Manning as assignee of Dale Franklin Dohert | $ 0.00 | $ 0.00 | $ 0.00 |
| 000042 | Thomas Manning as assignee of Dale Johnson | $ 0.00 | $ 0.00 | $ 0.00 |
| 000043 | Thomas Manning as assignee of Daniel L. Collins | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000044 | Thomas Manning as assignee of Daniel F. Regan | $ 0.00 | $ 0.00 | $ 0.00 |
| 000045 | Thomas Manning as assignee of David C. Sawyer | $ 0.00 | $ 0.00 | $ 0.00 |
| 000046 | Thomas Manning as assignee of Dennis Tillman | $ 0.00 | $ 0.00 | $ 0.00 |
| 000047 | Thomas Manning as assignee of Devin Sassano | $ 0.00 | $ 0.00 | $ 0.00 |
| 000048 | Thomas Manning as assignee of Ed Arneson | $ 0.00 | $ 0.00 | $ 0.00 |
| 000049 | Thomas Manning as assignee of Eileen Manning | $ 0.00 | $ 0.00 | $ 0.00 |
| 000050 | Thomas Manning as assignee of Faustino Sanchez | $ 0.00 | $ 0.00 | $ 0.00 |
| 000051 | Thomas Manning as assignee of Gary Miller | $ 0.00 | $ 0.00 | $ 0.00 |
| 000052 | Thomas Manning as assignee of Gary Ozgowicz | $ 0.00 | $ 0.00 | $ 0.00 |
| 000053 | Thomas Manning as assignee of Gerald D. Behrens | $ 0.00 | $ 0.00 | $ 0.00 |
| 000054 | Thomas Manning as assignee of Guadalupe Pinedo | $ 0.00 | $ 0.00 | $ 0.00 |
| 000055 | Thomas Manning as assignee of Guillermo Diaz | $ 0.00 | $ 0.00 | $ 0.00 |
| 000056 | Thomas Manning as assignee of Isabel Lopez Sanchez | $ 0.00 | $ 0.00 | $ 0.00 |
| 000057 | Thomas Manning as assignee of J. Santos Rueda | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000058 | Thomas Manning as assignee of James R. Stecker | $ 0.00 | $ 0.00 | $ 0.00 |
| 000059 | Thomas Manning as assignee of Javier Hernandez | $ 0.00 | $ 0.00 | $ 0.00 |
| 000060 | Thomas Manning as assignee of Jeff Block | $ 0.00 | $ 0.00 | $ 0.00 |
| 000061 | Thomas Manning as assignee of Jeffrey A. Martin | $ 0.00 | $ 0.00 | $ 0.00 |
| 000062 | Thomas Manning as assignee of Jesus Medellin | $ 0.00 | $ 0.00 | $ 0.00 |
| 000063 | Thomas Manning as assignee of John A. Kulik | $ 0.00 | $ 0.00 | $ 0.00 |
| 000064 | Thomas Manning as assignee of William C. Schwank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000065 | Thomas Manning as assignee of Vito F. Positano | $ 0.00 | $ 0.00 | $ 0.00 |
| 000066 | Thomas Manning as assignee of Troy Erckfritz | $ 0.00 | $ 0.00 | $ 0.00 |
| 000067 | Thomas Manning as assignee of Timothy W. Kahl | $ 0.00 | $ 0.00 | $ 0.00 |
| 000068 | Thomas Manning as assignee of John D. Pugliani | $ 0.00 | $ 0.00 | $ 0.00 |
| 000069 | Thomas Manning as assignee of Terry L. Ilkow | $ 0.00 | $ 0.00 | $ 0.00 |
| 000070 | Thomas Manning as assignee of Mike Sund | $ 0.00 | $ 0.00 | $ 0.00 |
| 000071 | Thomas Manning as assignee of Steve R. Schuring | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000072 | Thomas Manning as assignee of Ricardo Escamilla | $ 0.00 | $ 0.00 | $ 0.00 |
| 000073 | Thomas Manning as assignee of Scott Rudolph | $ 0.00 | $ 0.00 | $ 0.00 |
| 000074 | Thomas Manning as assignee of Robert Cashdollar | $ 0.00 | $ 0.00 | $ 0.00 |
| 000075 | Thomas Manning as assignee of Thomas E. Sund | $ 0.00 | $ 0.00 | $ 0.00 |
| 000076 | Thomas Manning as assignee of Ramiro Medina, Jr. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000077 | Thomas Manning as assignee of Tomas Pinedo Landero | $ 0.00 | $ 0.00 | $ 0.00 |
| 000078 | Thomas Manning as assignee of Jose M. Murillo, Jr. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000079 | Thomas Manning as assignee of Scott R. Gass | $ 0.00 | $ 0.00 | $ 0.00 |
| 000080 | Thomas Manning as assignee of Paul J. Kelly | $ 0.00 | $ 0.00 | $ 0.00 |
| 000081 | Thomas Manning as assignee of Santos Sanchez | $ 0.00 | $ 0.00 | $ 0.00 |
| 000082 | Thomas Manning as assignee of Kevin Hinds | $ 0.00 | $ 0.00 | $ 0.00 |
| 000083 | Thomas Manning as assignee of Scott T. Verseman | $ 0.00 | $ 0.00 | $ 0.00 |
| 000084 | Thomas Manning as assignee of Michael J. Schneider | $ 0.00 | $ 0.00 | $ 0.00 |
| 000085 | Thomas Manning as assignee of Steven A. Whitecotto | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000086 | Thomas Manning as assignee of Ray O'Connor | $ 0.00 | $ 0.00 | $ 0.00 |
| 000087 | Thomas Manning as assignee of Scott R. Munson | $ 0.00 | $ 0.00 | $ 0.00 |
| 000088 | Thomas Manning as assignee of Olegario Hurtado | $ 0.00 | $ 0.00 | $ 0.00 |
| 000089 | Thomas Manning as assignee of Roy H. Desmond | $ 0.00 | $ 0.00 | $ 0.00 |
| 000090 | Thomas Manning as assignee of Lawrence J. Picardi, | $ 0.00 | $ 0.00 | $ 0.00 |
| 000091 | Thomas Manning as assignee of Scott Fischer | $ 0.00 | $ 0.00 | $ 0.00 |
| 000092 | Thomas Manning as assignee of Paul T. Barucca | $ 0.00 | $ 0.00 | $ 0.00 |
| 000093 | Thomas Manning as assignee of Robert R. Galladora | $ 0.00 | $ 0.00 | $ 0.00 |
| 000094 | Thomas Manning as assignee of Jose Luis Pinedo, Jr | $ 0.00 | $ 0.00 | $ 0.00 |
| 000095 | Thomas Manning as assignee of Sam C. Romano | $ 0.00 | $ 0.00 | $ 0.00 |
| 000096 | Thomas Manning as assignee of Philip B. Johnson | $ 0.00 | $ 0.00 | $ 0.00 |
| 000097 | Thomas Manning as assignee of Robert T. Sund | $ 0.00 | $ 0.00 | $ 0.00 |
| 000098 | Thomas Manning as assignee of Mike A. Rhodes | $ 0.00 | $ 0.00 | $ 0.00 |
| 000099 | Thomas Manning as assignee of Richard J. Rhodes | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000100 | Thomas Manning as assignee of Juan Machuca | $ 0.00 | $ 0.00 | $ 0.00 |
| 000101 | Thomas Manning as assignee of Remigio Rosas | $ 0.00 | $ 0.00 | $ 0.00 |
| 000102 | Thomas Manning as assignee of Jose de Jesus Sanche | $ 0.00 | $ 0.00 | $ 0.00 |
| 000103 | Thomas Manning as assignee of Michael G. Zarbock | $ 0.00 | $ 0.00 | $ 0.00 |
| 000104 | Thomas Manning as assignee of Keith Menge | $ 0.00 | $ 0.00 | $ 0.00 |
| 000105 | Thomas Manning as assignee of Joshua A. Nelson | $ 0.00 | $ 0.00 | $ 0.00 |
| 000106 | Thomas Manning as assignee of Jose Arambula | $ 0.00 | $ 0.00 | $ 0.00 |
| 000109A | Chicago Regional Council of Carpenters | $ 28,866.65 | $ 28,866.65 | $ 0.00 |
| 000111A | Travelers Indeminity Company | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| 000114A | Travelers Casualty and Surety Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 000116 | Illinois Department of Revenue Bankruptcy Section | $ 8,415.76 | $ 8,415.76 | $ 0.00 |
| 000117A | Illinois Dept of Employment Security | $ 9,368.85 | $ 9,368.85 | $ 0.00 |
| 000118A | Department of the Treasury | $ 32,951.93 | $ 32,951.93 | $ 0.00 |
| | Thomas Manning | $ 101,858.55 | $ 101,858.55 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 470,672.03

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,998,647.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Pomp's Tire Service, Inc. | $ 8,116.46 | $ 0.00 | $ 382.07 |
| 000002 | American Express Bank, FSB | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003B | Carpenters Pension & Retirement Funds of IL | $ 517.70 | $ 0.00 | $ 24.37 |
| 000004 | FedEx Tech Connect Inc as Assignee | $ 728.39 | $ 0.00 | $ 34.29 |
| 000005 | Ward, Lane & Assoc. | $ 15,015.00 | $ 0.00 | $ 706.81 |
| 000006 | W W Grainger Inc | $ 2,183.37 | $ 0.00 | $ 102.78 |
| 000007 | Spring Hill Ford | $ 1,452.00 | $ 0.00 | $ 68.35 |
| 000008 | C&L Service Supply Co., Inc. | $ 7,347.90 | $ 0.00 | $ 345.89 |
| 000009 | Meyer Material Company | $ 388,426.31 | $ 0.00 | $ 18,284.61 |
| 000011 | Northern Safety Co., Inc. | $ 595.28 | $ 0.00 | $ 28.02 |
| 000012B | Fox Valley & Vicinity Construction Workers Welfare | $ 0.00 | $ 0.00 | $ 0.00 |
| 000014 | SASE Company Inc | $ 957.54 | $ 0.00 | $ 45.07 |
| 000015 | Webmarc Doors | $ 347.36 | $ 0.00 | $ 16.36 |
| 000017 | Fox Valley Fire & Safety | $ 2,330.53 | $ 0.00 | $ 109.71 |
| 000018 | VERIZON WIRELESS | $ 2,072.66 | $ 0.00 | $ 97.57 |
| 000020 | Cassidy Conveyor, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000024 | REMke's Garage LLC | $ 8,013.98 | $ 0.00 | $ 377.25 |
| 000025 | Carquest of Woodstock | $ 2,381.51 | $ 0.00 | $ 112.10 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | De Lage Landen Financial Services | $ 6,965.77 | $ 0.00 | $ 327.90 |
| 000108 | Welch Bros., Inc. | $ 106.35 | $ 0.00 | $ 5.01 |
| 000110 | Schramm Construction Corporation | $ 60,158.16 | $ 0.00 | $ 2,831.86 |
| 000112 | Turner Construction Company | $ 20,231.14 | $ 0.00 | $ 952.35 |
| 000113 | GE Capital Retail Bank | $ 240.00 | $ 0.00 | $ 11.30 |
| 000115 | Ozinga Ready Mix Concrete, Inc. | $ 563,934.82 | $ 0.00 | $ 26,546.42 |
| 000111B | Travelers Indemnity Company | $ 183,378.10 | $ 0.00 | $ 8,632.26 |
| 000027B | Construction and General Laborers | $ 104.26 | $ 0.00 | $ 4.91 |
| 000021B | Fox Valley Laborers' Health & | $ 8,707,624.54 | $ 0.00 | $ 409,898.96 |
| 000109B | Chicago Regional Councel of | $ 15,418.59 | $ 0.00 | $ 725.81 |
| 000022B | Fox Valley Laborers' Pension Fund | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 470,672.03

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 13,525.69 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000114B | Travelers Casualty and Surety Co. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000117B | Illinois Dept of Employment Security | $ 770.00 | $ 0.00 | $ 0.00 |
| 000118B | Department of the Treasury | $ 12,755.69 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.