UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
T MANNING CONCRETE INC                §       Case No. 11-83808
                                      §
          Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    U.S. Bankruptcy Clerk's Office
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/06/2015 in Courtroom 3100,
    U.S. Courthouse
    327 South Church Street
    Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: /s/ Daniel M. Donahue_____
                                                        Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
T MANNING CONCRETE INC § Case No. 11-83808
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 2,025,225.01 |
| and approved disbursements of | $ 1,463,189.48 |
| leaving a balance on hand of[1] | $ 562,035.53 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000010 | The National Bank | $ 735,445.93 | $ 634,210.78 | $ 634,210.78 | $ 0.00 |
| 000013 | McCann Industries, Inc. | $ 56,643.87 | $ 20,711.45 | $ 20,711.45 | $ 0.00 |
| 000016 | B&D Ironworks Inc. | $ 48,834.94 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000019A | Ozinga Ready Mix Concrete, Inc. | $ 132,419.19 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 562,035.53 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 84,006.75 | $ 0.00 | $ 84,006.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 144,333.50 | $ 138,135.50 | $ 6,198.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 5,756.82 | $ 5,273.13 | $ 483.69 |
| Accountant for Trustee Fees: WIPFLI, LLP | $ 9,934.25 | $ 9,934.25 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 449.55 | $ 449.55 | $ 0.00 |
| Other: Receivables Control Corporation | $ 196,258.74 | $ 196,258.74 | $ 0.00 |
| Other: Churchill Quinn Richtman & Hamilton | $ 28,240.00 | $ 28,240.00 | $ 0.00 |
| Other: Churchill Quinn Richtman & Hamilton | $ 3,834.43 | $ 3,159.37 | $ 675.06 |

Total to be paid for chapter 7 administrative expenses        $    91,363.50

Remaining Balance                                              $   470,672.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 384,724.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Carpenters Pension & Retirement Funds of IL | $ 5,177.03 | $ 5,177.03 | $ 0.00 |
| 000012A | Fox Valley & Vicinity Construction Workers Welfare | $ 0.00 | $ 0.00 | $ 0.00 |
| 000021A | Fox Valley Laborers' Health & Welfare Fund & Pensi | $ 184,330.58 | $ 184,330.58 | $ 0.00 |
| 000022A | Fox Valley Laborers' Pension Fund | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027A | Construction and General Laborers' | $ 3,755.64 | $ 3,755.64 | $ 0.00 |
| 000030 | Thomas Manning as assignee of Alex Fiebig | $ 0.00 | $ 0.00 | $ 0.00 |
| 000031 | Thomas Manning as assignee of Antonio Villasana, J | $ 0.00 | $ 0.00 | $ 0.00 |
| 000032 | Thomas Manning as assignee of Benjamin Navarrete | $ 0.00 | $ 0.00 | $ 0.00 |
| 000033 | Thomas Manning as assignee of Brad Gasmund | $ 0.00 | $ 0.00 | $ 0.00 |
| 000034 | Thomas Manning as assignee of Brian S. Thatcher | $ 0.00 | $ 0.00 | $ 0.00 |
| 000035 | Thomas Manning as assignee of Charles J. Picardi I | $ 0.00 | $ 0.00 | $ 0.00 |
| 000036 | Thomas Manning as assignee of Christopher M. Habel | $ 0.00 | $ 0.00 | $ 0.00 |
| 000037 | Thomas Manning as assignee of Adrian Pinedo | $ 0.00 | $ 0.00 | $ 0.00 |
| 000038 | Thomas Manning as assignee of Matthew J. Abramavic | $ 0.00 | $ 0.00 | $ 0.00 |
| 000039 | Thomas Manning as assignee of Conor O'Leary | $ 0.00 | $ 0.00 | $ 0.00 |
| 000040 | Thomas Manning as assignee of Dale Erath | $ 0.00 | $ 0.00 | $ 0.00 |
| 000041 | Thomas Manning as assignee of Dale Franklin Dohert | $ 0.00 | $ 0.00 | $ 0.00 |
| 000042 | Thomas Manning as assignee of Dale Johnson | $ 0.00 | $ 0.00 | $ 0.00 |
| 000043 | Thomas Manning as assignee of Daniel L. Collins | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000044 | Thomas Manning as assignee of Daniel F. Regan | $ 0.00 | $ 0.00 | $ 0.00 |
| 000045 | Thomas Manning as assignee of David C. Sawyer | $ 0.00 | $ 0.00 | $ 0.00 |
| 000046 | Thomas Manning as assignee of Dennis Tillman | $ 0.00 | $ 0.00 | $ 0.00 |
| 000047 | Thomas Manning as assignee of Devin Sassano | $ 0.00 | $ 0.00 | $ 0.00 |
| 000048 | Thomas Manning as assignee of Ed Arneson | $ 0.00 | $ 0.00 | $ 0.00 |
| 000049 | Thomas Manning as assignee of Eileen Manning | $ 0.00 | $ 0.00 | $ 0.00 |
| 000050 | Thomas Manning as assignee of Faustino Sanchez | $ 0.00 | $ 0.00 | $ 0.00 |
| 000051 | Thomas Manning as assignee of Gary Miller | $ 0.00 | $ 0.00 | $ 0.00 |
| 000052 | Thomas Manning as assignee of Gary Ozgowicz | $ 0.00 | $ 0.00 | $ 0.00 |
| 000053 | Thomas Manning as assignee of Gerald D. Behrens | $ 0.00 | $ 0.00 | $ 0.00 |
| 000054 | Thomas Manning as assignee of Guadalupe Pinedo | $ 0.00 | $ 0.00 | $ 0.00 |
| 000055 | Thomas Manning as assignee of Guillermo Diaz | $ 0.00 | $ 0.00 | $ 0.00 |
| 000056 | Thomas Manning as assignee of Isabel Lopez Sanchez | $ 0.00 | $ 0.00 | $ 0.00 |
| 000057 | Thomas Manning as assignee of J. Santos Rueda | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000058 | Thomas Manning as assignee of James R. Stecker | $ 0.00 | $ 0.00 | $ 0.00 |
| 000059 | Thomas Manning as assignee of Javier Hernandez | $ 0.00 | $ 0.00 | $ 0.00 |
| 000060 | Thomas Manning as assignee of Jeff Block | $ 0.00 | $ 0.00 | $ 0.00 |
| 000061 | Thomas Manning as assignee of Jeffrey A. Martin | $ 0.00 | $ 0.00 | $ 0.00 |
| 000062 | Thomas Manning as assignee of Jesus Medellin | $ 0.00 | $ 0.00 | $ 0.00 |
| 000063 | Thomas Manning as assignee of John A. Kulik | $ 0.00 | $ 0.00 | $ 0.00 |
| 000064 | Thomas Manning as assignee of William C. Schwank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000065 | Thomas Manning as assignee of Vito F. Positano | $ 0.00 | $ 0.00 | $ 0.00 |
| 000066 | Thomas Manning as assignee of Troy Erckfritz | $ 0.00 | $ 0.00 | $ 0.00 |
| 000067 | Thomas Manning as assignee of Timothy W. Kahl | $ 0.00 | $ 0.00 | $ 0.00 |
| 000068 | Thomas Manning as assignee of John D. Pugliani | $ 0.00 | $ 0.00 | $ 0.00 |
| 000069 | Thomas Manning as assignee of Terry L. Ilkow | $ 0.00 | $ 0.00 | $ 0.00 |
| 000070 | Thomas Manning as assignee of Mike Sund | $ 0.00 | $ 0.00 | $ 0.00 |
| 000071 | Thomas Manning as assignee of Steve R. Schuring | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000072 | Thomas Manning as assignee of Ricardo Escamilla | $ 0.00 | $ 0.00 | $ 0.00 |
| 000073 | Thomas Manning as assignee of Scott Rudolph | $ 0.00 | $ 0.00 | $ 0.00 |
| 000074 | Thomas Manning as assignee of Robert Cashdollar | $ 0.00 | $ 0.00 | $ 0.00 |
| 000075 | Thomas Manning as assignee of Thomas E. Sund | $ 0.00 | $ 0.00 | $ 0.00 |
| 000076 | Thomas Manning as assignee of Ramiro Medina, Jr. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000077 | Thomas Manning as assignee of Tomas Pinedo Landero | $ 0.00 | $ 0.00 | $ 0.00 |
| 000078 | Thomas Manning as assignee of Jose M. Murillo, Jr. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000079 | Thomas Manning as assignee of Scott R. Gass | $ 0.00 | $ 0.00 | $ 0.00 |
| 000080 | Thomas Manning as assignee of Paul J. Kelly | $ 0.00 | $ 0.00 | $ 0.00 |
| 000081 | Thomas Manning as assignee of Santos Sanchez | $ 0.00 | $ 0.00 | $ 0.00 |
| 000082 | Thomas Manning as assignee of Kevin Hinds | $ 0.00 | $ 0.00 | $ 0.00 |
| 000083 | Thomas Manning as assignee of Scott T. Verseman | $ 0.00 | $ 0.00 | $ 0.00 |
| 000084 | Thomas Manning as assignee of Michael J. Schneider | $ 0.00 | $ 0.00 | $ 0.00 |
| 000085 | Thomas Manning as assignee of Steven A. Whitecotto | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000086 | Thomas Manning as assignee of Ray O'Connor | $ 0.00 | $ 0.00 | $ 0.00 |
| 000087 | Thomas Manning as assignee of Scott R. Munson | $ 0.00 | $ 0.00 | $ 0.00 |
| 000088 | Thomas Manning as assignee of Olegario Hurtado | $ 0.00 | $ 0.00 | $ 0.00 |
| 000089 | Thomas Manning as assignee of Roy H. Desmond | $ 0.00 | $ 0.00 | $ 0.00 |
| 000090 | Thomas Manning as assignee of Lawrence J. Picardi, | $ 0.00 | $ 0.00 | $ 0.00 |
| 000091 | Thomas Manning as assignee of Scott Fischer | $ 0.00 | $ 0.00 | $ 0.00 |
| 000092 | Thomas Manning as assignee of Paul T. Barucca | $ 0.00 | $ 0.00 | $ 0.00 |
| 000093 | Thomas Manning as assignee of Robert R. Galladora | $ 0.00 | $ 0.00 | $ 0.00 |
| 000094 | Thomas Manning as assignee of Jose Luis Pinedo, Jr | $ 0.00 | $ 0.00 | $ 0.00 |
| 000095 | Thomas Manning as assignee of Sam C. Romano | $ 0.00 | $ 0.00 | $ 0.00 |
| 000096 | Thomas Manning as assignee of Philip B. Johnson | $ 0.00 | $ 0.00 | $ 0.00 |
| 000097 | Thomas Manning as assignee of Robert T. Sund | $ 0.00 | $ 0.00 | $ 0.00 |
| 000098 | Thomas Manning as assignee of Mike A. Rhodes | $ 0.00 | $ 0.00 | $ 0.00 |
| 000099 | Thomas Manning as assignee of Richard J. Rhodes | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000100 | Thomas Manning as assignee of Juan Machuca | $ 0.00 | $ 0.00 | $ 0.00 |
| 000101 | Thomas Manning as assignee of Remigio Rosas | $ 0.00 | $ 0.00 | $ 0.00 |
| 000102 | Thomas Manning as assignee of Jose de Jesus Sanche | $ 0.00 | $ 0.00 | $ 0.00 |
| 000103 | Thomas Manning as assignee of Michael G. Zarbock | $ 0.00 | $ 0.00 | $ 0.00 |
| 000104 | Thomas Manning as assignee of Keith Menge | $ 0.00 | $ 0.00 | $ 0.00 |
| 000105 | Thomas Manning as assignee of Joshua A. Nelson | $ 0.00 | $ 0.00 | $ 0.00 |
| 000106 | Thomas Manning as assignee of Jose Arambula | $ 0.00 | $ 0.00 | $ 0.00 |
| 000109A | Chicago Regional Council of Carpenters | $ 28,866.65 | $ 28,866.65 | $ 0.00 |
| 000111A | Travelers Indeminity Company | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| 000114A | Travelers Casualty and Surety Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 000116 | Illinois Department of Revenue Bankruptcy Section | $ 8,415.76 | $ 8,415.76 | $ 0.00 |
| 000117A | Illinois Dept of Employment Security | $ 9,368.85 | $ 9,368.85 | $ 0.00 |
| 000118A | Department of the Treasury | $ 32,951.93 | $ 32,951.93 | $ 0.00 |
|  | Thomas Manning | $ 101,858.55 | $ 101,858.55 | $ 0.00 |

Total to be paid to priority creditors                                $          0.00

Remaining Balance                                                     $    470,672.03

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,998,647.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Pomp's Tire Service, Inc. | $ 8,116.46 | $ 0.00 | $ 382.07 |
| 000002 | American Express Bank, FSB | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003B | Carpenters Pension & Retirement Funds of IL | $ 517.70 | $ 0.00 | $ 24.37 |
| 000004 | FedEx Tech Connect Inc as Assignee | $ 728.39 | $ 0.00 | $ 34.29 |
| 000005 | Ward, Lane & Assoc. | $ 15,015.00 | $ 0.00 | $ 706.81 |
| 000006 | W W Grainger Inc | $ 2,183.37 | $ 0.00 | $ 102.78 |
| 000007 | Spring Hill Ford | $ 1,452.00 | $ 0.00 | $ 68.35 |
| 000008 | C&L Service Supply Co., Inc. | $ 7,347.90 | $ 0.00 | $ 345.89 |
| 000009 | Meyer Material Company | $ 388,426.31 | $ 0.00 | $ 18,284.61 |
| 000011 | Northern Safety Co., Inc. | $ 595.28 | $ 0.00 | $ 28.02 |
| 000012B | Fox Valley & Vicinity Construction Workers Welfare | $ 0.00 | $ 0.00 | $ 0.00 |
| 000014 | SASE Company Inc | $ 957.54 | $ 0.00 | $ 45.07 |
| 000015 | Webmarc Doors | $ 347.36 | $ 0.00 | $ 16.36 |
| 000017 | Fox Valley Fire & Safety | $ 2,330.53 | $ 0.00 | $ 109.71 |
| 000018 | VERIZON WIRELESS | $ 2,072.66 | $ 0.00 | $ 97.57 |
| 000020 | Cassidy Conveyor, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000024 | REMke's Garage LLC | $ 8,013.98 | $ 0.00 | $ 377.25 |
| 000025 | Carquest of Woodstock | $ 2,381.51 | $ 0.00 | $ 112.10 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | De Lage Landen Financial Services | $ 6,965.77 | $ 0.00 | $ 327.90 |
| 000108 | Welch Bros., Inc. | $ 106.35 | $ 0.00 | $ 5.01 |
| 000110 | Schramm Construction Corporation | $ 60,158.16 | $ 0.00 | $ 2,831.86 |
| 000112 | Turner Construction Company | $ 20,231.14 | $ 0.00 | $ 952.35 |
| 000113 | GE Capital Retail Bank | $ 240.00 | $ 0.00 | $ 11.30 |
| 000115 | Ozinga Ready Mix Concrete, Inc. | $ 563,934.82 | $ 0.00 | $ 26,546.42 |
| 000111B | Travelers Indemnity Company | $ 183,378.10 | $ 0.00 | $ 8,632.26 |
| 000027B | Construction and General Laborers | $ 104.26 | $ 0.00 | $ 4.91 |
| 000021B | Fox Valley Laborers' Health & | $ 8,707,624.54 | $ 0.00 | $ 409,898.96 |
| 000109B | Chicago Regional Councel of | $ 15,418.59 | $ 0.00 | $ 725.81 |
| 000022B | Fox Valley Laborers' Pension Fund | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     470,672.03

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 13,525.69 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000114B | Travelers Casualty and Surety Co. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000117B | Illinois Dept of Employment Security | $ 770.00 | $ 0.00 | $ 0.00 |
| 000118B | Department of the Treasury | $ 12,755.69 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 11)*

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                                     Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-83808-TML
T. Manning Concrete, Inc.                                             Chapter 7
        Debtor          **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: vgossett          Page 1 of 6          Date Rcvd: Apr 13, 2015
                              Form ID: pdf006         Total Noticed: 196

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2015.
```
db              T. Manning Concrete, Inc.,   11804 S. Rte. 47,   Huntley, IL   60142
17755901       +Adam Toosley,   Clark Hill PLC,   150 N Michigan Ste 2700,   Chicago, IL  60601-7576
18326189       +Adrian Pinedo,   c/o Richard H. Fimoff,   25 East Washington St., Suite 1000,
                 Chicago IL 60602-1705
17734315       +Alliance Concrete Sawing & Dri,   570 Rock Road Drive,   Unit N,   East Dundee, IL 60118-2448
17734316       +Alliance Industrial Services,,   570 Rock Road Drive,   Unit N,   East Dundee, IL 60118-2448
17791759        American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
17734317        Aramasco,   Lock Box #3956,   P.O. Box 8500,   Philadelphia, PA  19178-3596
17734320       +B&D Ironworks Inc.,   24448 Saint Anne's Court,   Naperville, IL 60564-8099
17734322       +Bakley Construction Corp.,   10900 N. Church Street,   P.O. Box 145,   Huntley, IL 60142-0145
17734323       +Beth & Rudnicki Insurance Comp,   5411 East State Street,   Suite 204,
                 Rockford, IL 61108-2376
17734324       +Beverly Materials, L.L.C.,   1100 Brandt Drive,   Hoffman Estates, IL 60192-1676
17734325       +Bluff City Materials, Inc.,   2252 Southwind Blvd.,   Bartlett, IL 60103-1304
17734326       +Bracing Systems Inc.,   P.O. Box 517,   Bloomingdale, IL 60108-0517
17734327       +Brittains Express Oil & Lube,   1570 Larkin Avenue,   Elgin, IL 60123-5178
17734328       +C&L Service Supply Co., Inc.,   11410 Kiley Drive,   Huntley, IL 60142-7136
17734333        CDS Office Technologies,   612 South Dirksen Parkway,   P.O. Box 3566,
                 Springfield, IL  62708-3566
17734329       +Cardunal Office Supply,   P.O. Box 1887,   Crystal Lake, IL 60039-1887
17945569       +Carpenters Pension & Retirement Funds of IL,   Baum Sigman Auerbach & Neuman, Ltd.,
                 c/o Patrick N. Ryan,   200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
17734330       +Carquest of Woodstock,   1055 Wanda Lane,   Woodstock, IL 60098-4658
17734331       +Carroll Distributing & Const.,   205 S. Iowa Avenue,   Ottumwa, IA 52501-3308
17734332       +Cassidy Conveyor, Inc.,   c/o Robbins, Salomon & Patt ltd,   25 E Washington, St ste 1000,
                 Chicago, Il 60602-1705
18246148       +Cassidy Conveyor, Inc.,   P.O. Box 1166,   Huntley, IL 60142-1166
17734334       +Centegra Occupational Medicine,   13707 West Jackson Street,   Woodstock, IL 60098-3188
17734335        Chicago International Trucks,   Dept. #10271,   P.O. Box 87618,   Chicago, IL  60680-0618
18342473       +Chicago Regional Council of Carpenters,   c/o Bruce C. Scalambrino,   Scalambrino & Arnoff, LLP,
                 One North LaSalle Street, Suite 1600,   Chicago, IL 60602-3935
17734336       +Christensen Excavating & Truck,   331 East Panama Avenue,   Hampshire, IL 60140-9408
17734337       +ComEd,   Bill Payment Center,   PO Box 805376,   Chicago, IL 60680-4174
18316678       +Construction and General Laborers',   District Council of Chicago and Vicinity,
                 c/o Josiah A. Groff,   Dowd, Bloch & Bennett,   8 S. Michigan Ave., 19th Floor,
                 Chicago, IL 60603-3315
17734338        Country Gas Company,   4010 US Highway 14,   Crystal Lake, IL  60014-8299
17734339       +Coyote Auto Center, Inc.,   11441 Allison Court,   Unit 5,   Huntley, IL 60142-9621
18310935       +De Lage Landen Financial Services,   1111 Old Eagle School Road,   Wayne, PA 19087-1453
17734340       +Dekalb Iron and Metal Company,   900 Oak Street,   P.O. Box 645,   DeKalb, IL 60115-0645
17886727        Delage-Landen Financial,   P.O. Box 41602,   Philadelphia, PA  19101-1602
17734341       +Ed's Automotive,   1110 Broadway,   Woodstock, IL 60098-3065
17755903       +Edward Filer,   Clark Hill PLC,   150 N Michigan Ste 2700,   Chicago, IL 60601-7576
17946201       +FedEx Tech Connect Inc as Assignee,   of FedEx Express/Ground/Freight,
                 3965 Airways Blvd, Module G, 3rd Floor,   Memphis, Tennessee 38116-5017
18006970       +Fox Valley & Vicinity Construction Workers Welfare,   Baum Sigman Auerbach & Neuman, Ltd.,
                 c/o Patrick Ryan,   200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
17734342       +Fox Valley Fire & Safety,   2730 Pinnacle Drive,   Elgin, IL 60124-7943
18162006       +Fox Valley Laborers' Health & Welfare Fund & Pensi,   8 S. Michigan Avenue, 19th Floor,
                 Chicago, IL 60603-3357
18162007       +Fox Valley Laborers' Pension Fund,   8 S. Michigan Avenue, 19th Floor,   Chicago, IL 60603-3357
17886566       +Fox Valley Laborers' Union,   c/o Dowd, Bloch & Bennett,   8 S. Michigan Avenue 19th Fl.,
                 Chicago, IL 60603-3357
17755904       +Gary Green,   Clark Hill PLC,   150 N Michigan Ste 2700,   Chicago, IL 60601-7576
17734343        Gerdau,   Attn: Credit Department,   P.O. Box 31328,   Tampa, FL  33631-3328
17734345       +Hansen Heating & Plumbing, Inc,   P.O. Box 758,   Huntley, IL 60142-0758
17734346        Hilti, Inc.,   P.O. Box 382002,   Pittsburgh, PA  15250-8002
17734347       +Huckstorf, Inc.,   12719 Hensel Road,   Huntley, IL 60142-9797
17734348        ICS Solutions, Inc.,   11964 Oakcreek Parkway,   Building B-Unit G,   Huntley, IL  60142-6728
19111247        Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,
                 Chicago, Illinois 60664-0338
17734349       +J.A. Dhamer Trucking,   6965 Quail Trap Road,   Poplar Grove, IL 61065-9600
17734350       +K&K Image Technology,   594 West Potter Road,   Wood Dale, IL 60191-1738
17734351       +KASE Concrete Cutting & Constr,   P.O. Box 715,   Carpentersville, IL 60110-0715
17734352        LaFarge Aggregates Illinois,   Dept. CH 19393,   Palatine, IL  60055-9393
17917967       +Laborers Local 118,   832 East Rand Road,   Unit 15,   Mount Prospect IL 60056-2568
17734353       +Leach Enterprises, Inc.,   4304 Route 176,   Crystal Lake, IL 60014-3799
17734354        Leaf Funding,   P.O. Box 644006,   Cincinnati, OH  45264-4006
17734355       +Lee Jensen Sales Co., inc.,   101 W. Terra Cotta Ave.,   Crystal Lake, IL 60014-3507
17734356       +Lily Pond Stone,   P.O. Box 753,   14212 Washington St.,   Woodstock, IL 60098-9463
17734357       +Lucky Locators, Inc.,   P.O. Box 28,   Algonquin, IL 60102-0028
17734358      #+MA Steel Erectors, Inc.,   P.O. Box 490,   Worth, IL 60482-0490
18325986       +Matthew J. Abramavicius,   c/o Richard H. Fimoff,   25 East Washington Street, Suite 1000,
                 Chicago IL 60602-1705
```

```
District/off: 0752-3          User: vgossett              Page 2 of 6                  Date Rcvd: Apr 13, 2015
                              Form ID: pdf006             Total Noticed: 196

17734359         McCann Industries,    38951 Eagle Way,    Chicago, IL  60678-1389
18024986        +McCann Industries, Inc.,    Michael T.Nigro/Nigro, Westfall, Gryska,     1793 Bloomingdale Road,
                  Glendale Heights, IL 60139-3800
17734360        +Merryman Aggregates,    P.O. Box 753,    Woodstock, IL 60098-0753
17734361         Meyer Material Company,    DEPT. CH 16434,    Palatine, IL  60055-6434
17803160        +Meyer Material Company,    c/o Stuart P. Krauskopf,    The Law Offices of Stuart P. Krauskopf,,
                  414 N Orleans St, Suite 210,    Chicago, IL 60654-4493
17734362        +Midland Standard Engineering &,    Testing,    558 Plate Drive, Suite 6,
                  East Dundee, IL 60118-2458
17734366         Northern Safety Co., Inc.,    P.O. Box 4250,    Utica, NY  13504-4250
17734367        +Ozinga Ready Mix Concrete, Inc,    p.o. bOX 910,    Frankfort, IL 60423-0910
17843105         Ozinga Ready Mix Concrete, Inc.,    c/o Attorney Raphael E. Yalden, II,
                  Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL  61104-2228
17734368        +Patton,    635 West Lake Street,    Elmhurst, IL 60126-1465
17734369        +Performance Diesel,    2225 Tech Court,    Woodstock, IL 60098-9289
17734370         Perl Formwork Systems, Inc.,    Formwork and Shoring,    P.O. Box 631914,
                  Baltimore, MD  21263-1914
17734371        +Pete’s A Towing,    15N350 RT 25,    East Dundee, IL 60118-1607
17734372         PetroLiance,    P.O. Box 636824,    Cincinnati, OH  45263-6824
17734374        +Positioning Solutions Company,    P.O. Box 496,    Niles, MI 49120-0496
17734376        +Priority Printing & Graphics,    P.O. Box 373,    Bloomingdale, IL 60108-0373
17734377        +R&J Construction Supply Co.,    1567 Frontenac Road,    Naperville, IL 60563-1754
17734378        +RBS Packaging Inc.,    630 Schneider Drive,    South Elgin, IL 60177-1154
17734379        +REMke’s Garage LLC,    8122 South Grant Hwy.,    Marengo, IL 60152-9443
18042837        +SASE Company Inc,    Attn: Kim Bowyer-Caul,    26423 79th Ave S,    Kent WA 98032-7321
17734381         Safeguard Business Systems,    P.O. Box 88043,    Chicago, IL  60680-1043
17734383        +Sager Sealant Corporation,    708 East Elm Avenue,    La Grange, IL 60525-6860
17734384         Sam’s Club #6339,    P.O. Box 4538-Dept. 49,    Carol Stream, IL  60197-4538
17734385        +Sase Company, Inc.,    26423 79th Avenue South,    Kent, WA 98032-7321
18007558        +Schramm Construction Corporation,    c/o Attorney Steven B. Ekker,
                  Law Office of James F. White, P.C.,    263 Main Street,    Sugar Grove, Illinois 60554-5491
17734386        +Schuepfer, Inc.,    1020 E. Addison Court,    Arlington Height, IL 60005-4702
17734387        +Spring Hill Ford,    800 Dundee Avenue,    East Dundee, IL 60118-3001
18492962        +Structural Iron Workers Local Union No. 1,    c/o Jeffrey Krol,    Johnson & Krol, LLC,
                  300 S. Wacker Dr., Suite 1313,    Chicago, IL 60606-6601
17734388        #+Sunrise Building Maintenance,    W7339 Town Hall Road,    Walworth, WI 53184-5728
17886562        +The National Bank,    Edward L. Filer/Adam C. Toosley,    Freeborn & Peters LLP,
                  311 S. Wacker Drive, Suite 3000,    Chicago, IL 60606-6679
17886601         Thomas L. Manning,    15010 Church Road,    Huntley, IL  60142-9241
18333661        +Thomas Manning as assignee of Adrian Pinedo,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332219        +Thomas Manning as assignee of Alex Fiebig,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332220        +Thomas Manning as assignee of Antonio Villasana, J,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332221        +Thomas Manning as assignee of Benjamin Navarrete,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332222        +Thomas Manning as assignee of Brad Gasmund,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332223        +Thomas Manning as assignee of Brian S. Thatcher,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332224        +Thomas Manning as assignee of Charles J. Picardi I,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332225        +Thomas Manning as assignee of Christopher M. Habel,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332226        +Thomas Manning as assignee of Conor O’Leary,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332227        +Thomas Manning as assignee of Dale Erath,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332228        +Thomas Manning as assignee of Dale Franklin Dohert,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332229        +Thomas Manning as assignee of Dale Johnson,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332231        +Thomas Manning as assignee of Daniel F. Regan,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332230        +Thomas Manning as assignee of Daniel L. Collins,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332232        +Thomas Manning as assignee of David C. Sawyer,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332233        +Thomas Manning as assignee of Dennis Tillman,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332234        +Thomas Manning as assignee of Devin Sassano,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332235        +Thomas Manning as assignee of Ed Arneson,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332236        +Thomas Manning as assignee of Eileen Manning,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332237        +Thomas Manning as assignee of Faustino Sanchez,    c/o Richard H. Fimoff,
                  25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
```

```
District/off: 0752-3          User: vgossett            Page 3 of 6              Date Rcvd: Apr 13, 2015
                              Form ID: pdf006           Total Noticed: 196


18332238       +Thomas Manning as assignee of Gary Miller,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332239       +Thomas Manning as assignee of Gary Ozgowicz,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18333704       +Thomas Manning as assignee of Gerald D. Behrens,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332240       +Thomas Manning as assignee of Gerlad D. Behrens,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332241       +Thomas Manning as assignee of Guadalupe Pinedo,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332242       +Thomas Manning as assignee of Guillermo Diaz,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332243       +Thomas Manning as assignee of Isabel Lopez Sanchez,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332244       +Thomas Manning as assignee of J. Santos Rueda,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332245       +Thomas Manning as assignee of James R. Stecker,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332246       +Thomas Manning as assignee of Javier Hernandez,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332247       +Thomas Manning as assignee of Jeff Block,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332248       +Thomas Manning as assignee of Jeffrey A. Martin,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332249       +Thomas Manning as assignee of Jesus Medellin,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332250       +Thomas Manning as assignee of John A. Kulik,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332255       +Thomas Manning as assignee of John D. Pugliani,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332293       +Thomas Manning as assignee of Jose Arambula,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332281       +Thomas Manning as assignee of Jose Luis Pinedo, Jr,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332265       +Thomas Manning as assignee of Jose M. Murillo, Jr.,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332289       +Thomas Manning as assignee of Jose de Jesus Sanche,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332292       +Thomas Manning as assignee of Joshua A. Nelson,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332287       +Thomas Manning as assignee of Juan Machuca,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332291       +Thomas Manning as assignee of Keith Menge,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332269       +Thomas Manning as assignee of Kevin Hinds,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332277       +Thomas Manning as assignee of Lawrence J. Picardi,,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18333662       +Thomas Manning as assignee of Matthew J. Abramavic,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332290       +Thomas Manning as assignee of Michael G. Zarbock,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332271       +Thomas Manning as assignee of Michael J. Schneider,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332285       +Thomas Manning as assignee of Mike A. Rhodes,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332257       +Thomas Manning as assignee of Mike Sund,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332275       +Thomas Manning as assignee of Olegario Hurtado,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332267       +Thomas Manning as assignee of Paul J. Kelly,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332279       +Thomas Manning as assignee of Paul T. Barucca,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332283       +Thomas Manning as assignee of Philip B. Johnson,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332263       +Thomas Manning as assignee of Ramiro Medina, Jr.,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332273       +Thomas Manning as assignee of Ray O’Connor,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332288       +Thomas Manning as assignee of Remigio Rosas,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332259       +Thomas Manning as assignee of Ricardo Escamilla,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332286       +Thomas Manning as assignee of Richard J. Rhodes,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332261       +Thomas Manning as assignee of Robert Cashdollar,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
18332280       +Thomas Manning as assignee of Robert R. Galladora,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,   Chicago IL 60602-1705
```

```
District/off: 0752-3           User: vgossett              Page 4 of 6                  Date Rcvd: Apr 13, 2015
                               Form ID: pdf006             Total Noticed: 196


18332284       +Thomas Manning as assignee of Robert T. Sund,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332276       +Thomas Manning as assignee of Roy H. Desmond,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332282       +Thomas Manning as assignee of Sam C. Romano,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332268       +Thomas Manning as assignee of Santos Sanchez,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332278       +Thomas Manning as assignee of Scott Fischer,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332266       +Thomas Manning as assignee of Scott R. Gass,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332274       +Thomas Manning as assignee of Scott R. Munson,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332260       +Thomas Manning as assignee of Scott Rudolph,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332270       +Thomas Manning as assignee of Scott T. Verseman,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332258       +Thomas Manning as assignee of Steve R. Schuring,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332272       +Thomas Manning as assignee of Steven A. Whitecotto,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332256       +Thomas Manning as assignee of Terry L. Ilkow,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332262       +Thomas Manning as assignee of Thomas E. Sund,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332254       +Thomas Manning as assignee of Timothy W. Kahl,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332264       +Thomas Manning as assignee of Tomas Pinedo Landero,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332253       +Thomas Manning as assignee of Troy Erckfritz,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332252       +Thomas Manning as assignee of Vito F. Positano,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
18332251       +Thomas Manning as assignee of William C. Schwank,    c/o Richard H. Fimoff,
                 25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
17775146       +Travelers Casualty and Surety Company,    c/o Laurie A. Larson,    One Tower Squaire - 14CZ,
                 Hartford, CT 06183-0001
20281162       +Travelers Casualty and Surety Company,    c/o John E. Sabastian,    Hinshaw & Culbertson, LLP,
                 222 North LaSalle Street, Ste. 300,    Chicago, IL 60601-1081
18354485       +Travelers Indemnity Company,    & Its Affiliates Attn Michael Lynch,    One Tower Square, 9CR,
                 Hartford, CT 06183-0001
19541780       +Travelers Indemnity Company,    c/o Attorney Thomas J. Lester,    Hinshaw & Culbertson, LLP,
                 100 Park Avenue,   POB 1389,    Rockford, IL 61105-1389
19541779       +Travelers Indemnity Company,    c/o Attorney David F. Nightingale,    Hinshaw & Culbertson, LLP,
                 222 North LaSalle Street, Ste. 300,    Chicago, IL 60601-1081
18355144       +Turner Construction Company,    Daniel E. Budorick, Gregory A. Eichorn,
                 Peckar & Abramson, P.C.,    30 North LaSalle Street, Suite 4126,    Chicago, IL 60602-2519
18413736       +Turner Construction Company, Inc.,    c/o Attorney Daniel E. Budorick,    Peckar & Abramson, P.C.,
                 30 North LaSalle Street, Suite 4126,    Chicago, IL 60602-2519
17734392       +V&H, Inc.,    P.O. Box 622,    Marshfield, WI 54449-0622
17734393       +Valley Aggregates, Ltd.,    1100 Borden Lane,    Woodstock, IL 60098-2320
17734394       +Village of Huntley I,    10987 Main Street,    Huntley, IL 60142-7394
17734395       +Vulcan Materials Company,    14999 Collections Ctr. Dr.,    Chicago, IL 60693-0149
17734396       +Ward, Lane & Assoc.,    1250 Larkin Avenue,    Suite 200,    Elgin, IL 60123-6078
17734398        Welch Bros., Inc.,    P.O. Box 749,    Elgin, IL 60121-0749
17734400       +Woodstock Lumber Company,    1101 Lake Avenue,    Woodstock, IL 60098-7413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17734318       +E-mail/Text: g20956@att.com Apr 14 2015 01:42:41      AT& T Mobility,    P.O. Box 6428,
                 Carol Stream, IL 60197-6428
17734319       +E-mail/Text: g17768@att.com Apr 14 2015 01:40:12      AT&T,   PO Box 8100,
                 Aurora, IL 60507-8100
19180723        E-mail/Text: cio.bncmail@irs.gov Apr 14 2015 01:40:30      Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
18358314        E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2015 01:44:04      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17734344        E-mail/Text: scd_bankruptcynotices@grainger.com Apr 14 2015 01:41:05      Grainger,
                 Dept. 862153046,    Palatine, IL 60038-0001
19166773       +E-mail/Text: des.claimantbankruptcy@illinois.gov Apr 14 2015 01:43:03
                 Illinois Dept of Employment Security,    33 S State St 10th Flr Bankruptcy Unit,
                 Chicago, Illinois 60603-2808
18266717       +E-mail/Text: bankruptcyaccounts@resourceamerica.com Apr 14 2015 01:40:05       Leaf Funding, Inc.,
                 2005 Market Street, 14th Floor,    Philadelphia, PA 19103-7042
17734365        E-mail/Text: bankrup@aglresources.com Apr 14 2015 01:40:00      Nicor Gas,    PO Box 416,
                 Aurora, IL 60568-0001
17734373        E-mail/Text: drossner@pompstire.com Apr 14 2015 01:40:21      Pomp's Tire Service, Inc.,
                 P.O. Box 1630,    Green Bay, WI 54305-1630
17734382        E-mail/Text: bankruptcy@safety-kleen.com Apr 14 2015 01:40:33      Safety-Kleen Corp.,
                 P.O. Box 650509,    Dallas, TX 75265-0509
```

```
District/off: 0752-3           User: vgossett            Page 5 of 6               Date Rcvd: Apr 13, 2015
                               Form ID: pdf006           Total Noticed: 196

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17991869       +E-mail/Text: chv@thenb.com Apr 14 2015 01:40:33       The National Bank,    852 Middle Road,
                Bettendorf, IA 52722-4195
17961505       +E-mail/Text: scd_bankruptcynotices@grainger.com Apr 14 2015 01:41:05       W W Grainger Inc,
                Attn Special Collections Department,    MES17862153046,    7300 N Melvina,    Niles IL 60714-3906
17734399        E-mail/Text: ar@winzerusa.com Apr 14 2015 01:41:35       Winzer Corporation,    P.O. Box 671482,
                Dallas, TX   75267-1482
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17933971*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19168347*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service CIO,    11601 Roosevelt Blvd,
                Mail Drop Point N781,   Philadelphia PA 19154)
17734389*       T. Manning Concrete, Inc.,    11804 S. Rte. 47,    Huntley, IL   60142
18333663*      +Thomas Manning as assignee of Matthew J. Abramavic,     c/o Richard H. Fimoff,
                25 East Washington Street, Suite 1000,    Chicago IL 60602-1705
17734321      ##+Badgerland Material Placing, L,    925 East Broadway,    Madison, WI 53716-4014
17734363      ##+Midwest Integrated Companies L,    566 Rock Road,,    Unit 1,    East Dundee, IL 60118-2447
17734364      ##+Midwest Material Management,    566 Rock Road,    Units 1 & 2,    East Dundee, IL 60118-2447
17734375      ##+Powell's Car Wash & Detail Ctr,    10881 Route 47,    Huntley, IL 60142-9757
17734380      ##+Richard H. Fimoff,    25 East Washington Street,    Suite 1000,    Chicago, IL 60602-1705
17734390      ##+Taylor Excavating & Const.,    3511 N. Ravenswood,    Suite 1,    Chicago, IL 60657-1163
17734391      ##+United Construction Products,    1700 Quincy Avenue,    Naperville, IL 60540-4185
18084453       ##VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
17734397      ##+Webmarc Doors,    1330 Crispin Drive Unit 203,    Elgin, IL 60123-5504
                                                                                TOTALS: 0, * 4, ## 9

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2015                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2015 at the address(es) listed below:
              Adam C Toosley    on behalf of Debtor    T. Manning Concrete, Inc. atoosley@freeborn.com,
               jschmidt@freeborn.com
              Adam C Toosley    on behalf of Creditor     THE National Bank atoosley@freeborn.com,
               jschmidt@freeborn.com
              Angie M Grove    on behalf of Creditor     Shales McNutt, LLC agrove@lcllaw.com
              Angie M Grove    on behalf of Creditor     Provena Hospitals agrove@lcllaw.com
              Angie M Grove    on behalf of Creditor Bruce    Rosendahl agrove@lcllaw.com
              Angie M Grove    on behalf of Creditor     Super Mix, Inc. agrove@lcllaw.com
              Anthony J Longo    on behalf of Interested Party    BANK BUILDING CORPORATION d/b/a NEWGROUND
               ALONGO@cassiday.com
              Ashley W Brandt    on behalf of Creditor     THE National Bank abrandt@freeborn.com,
               jtovarrisley@freeborn.com;bkdocketing@freeborn.com
              Bruce W Lyon    on behalf of Creditor Bruce    Rosendahl blyon@lcllaw.com
              Bruce W Lyon    on behalf of Creditor     Provena Hospitals blyon@lcllaw.com
              Bruce W Lyon    on behalf of Creditor     Shales McNutt, LLC blyon@lcllaw.com
              Bruce W Lyon    on behalf of Creditor     Super Mix, Inc. blyon@lcllaw.com
```

```
District/off: 0752-3            User: vgossett              Page 6 of 6                  Date Rcvd: Apr 13, 2015
                                Form ID: pdf006             Total Noticed: 196
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Craig C Westfall  on behalf of Creditor  McCann Industries, Inc. craig@nigrowestfall.com, ann@nigrowestfall.com
    Daniel  Donahue  on behalf of Accountant Michael D. Smith ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
    Daniel  Donahue  on behalf of Spec. Counsel Mark  Van Donselaar ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
    Daniel  Donahue  on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
    Daniel  Donahue  ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
    Daniel E Budorick  on behalf of Creditor  Turner Construction Company, Inc. dbudorick@pecklaw.com, lbarker@pecklaw.com;acustardo@pecklaw.com
    David  Nightingale  on behalf of Creditor  Travelers Indemnity Company & Affiliates dnightingale@hinshawlaw.com
    Jaime  Dowell  on behalf of Interested Party  West Bend Mutual Insurance Company jdowell@mckenna-law.com,debtor@mckenna-law.com, bankruptcy@mckenna-law.com
    Jeffrey A Krol  on behalf of Creditor  Structural Iron Workers Local Union No. 1 Pension Trust Fund jeffkrol@johnsonkrol.com, docket@johnsonkrol.com
    John E. Sebastian  on behalf of Creditor  Travelers Casualty And Surety Company jsebastian@wthf.com, mwargo@wthf.com,cdrexler@wthf.com,jcopeland@wthf.com
    Joseph E Mallon  on behalf of Creditor  Structural Iron Workers Local Union No. 1 Pension Trust Fund mallon@johnsonkrol.com, docket@johnsonkrol.com;foderaro@johnsonkrol.com
    Josiah A Groff  on behalf of Creditor  Fox Valley Laborers' Pension and Welfare Funds efile@dbb-law.com, JGroff@dbb-law.com
    Michael T Nigro  on behalf of Creditor  McCann Industries, Inc. mike@nigrowestfall.com
    Michele M. Reynolds  on behalf of Creditor  Fox Valley Laborers' Pension and Welfare Funds efile@dbb-law.com, mreynolds@dbb-law.com
    Nathaniel J. Pomrenze  on behalf of Debtor  T. Manning Concrete, Inc. njp@njpltdlaw.com
    Patrick S Layng  USTPRegion11.MD.ECF@usdoj.gov
    Raphael E Yalden  on behalf of Creditor  Ozinga Ready Mix Concrete, Inc. raphaeleyaldenii@msn.com
    Richard H Fimoff  on behalf of Debtor  T. Manning Concrete, Inc. rfimoff@rsplaw.com, fb@rsplaw.com
    Ronald W. Kalish  on behalf of Creditor Raul  Hernandez rkalish@sgklawyers.com, lfilippini@sgklawyers.com
    Steven A Wade  on behalf of Creditor Steve  King swade@anesilaw.com, cathyhe@uawlsp.com;lsingleton@anesilaw.com
    Steven B Ekker  on behalf of Creditor  Schramm Construction Corporation ekkerlaw@mediacombb.net, sugargrovelawyer@msn.com
    Stuart P Krauskopf  on behalf of Creditor  Meyer Material Company stu@stuklaw.com, dcooper@stuklaw.com,kkauffman@stuklaw.com,amccarthy@stuklaw.com,cperrott@stuklaw.com, jamie@stuklaw.com,mlarson@stuklaw.com,sspalding@stuklaw.com
    Thomas J Lester  on behalf of Creditor  Travelers Insurance Companies tlester@hinshawlaw.com, ryoung@hinshawlaw.com
    Thomas J Lester  on behalf of Creditor  Travelers Casualty And Surety Company tlester@hinshawlaw.com, ryoung@hinshawlaw.com
    William P Callinan  on behalf of Creditor  Structural Iron Workers Local Union No. 1 Pension Trust Fund william@johnsonkrol.com, docket@johnsonkrol.com

                                      TOTAL: 37